JS-6

LANCE A. LaBELLE, ESQ. (SBN 116835)
llabelle@bergerkahn.com
DAVID B. EZRA, ESQ. (SBN 149779)
dezra@bergerkahn.com
ERIN R. MINDORO, ESQ. (SBN 275780)
emindoro@bergerkahn.com
BERGER KAHN
A Law Corporation
2 Park Plaza, Suite 650
Irvine, California  92614-8516
Tel: (949) 474-1880 • Fax: (949) 474-7265

Attorneys for Plaintiff TRUCK INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE,<br><br>            Plaintiff,<br><br>vs.<br><br>INFINITY INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>            Defendants. | CASE NO. 2:15-cv-00982 GW (ASx)<br><br>**ORDER TO REMAND CASE TO STATE COURT** |

1 **ORDER**

2 Given the parties' April 14, 2015 stipulation, the Court hereby remands this
3 case to Los Angeles Superior Court (case no. 569066), and dismisses case no. CV
4 15-982-GW (ASx) for lack of diversity jurisdiction.

DATED:_April 17, 2015  _____
JUDGE OF THE UNITED STATES DISTRICT COURT

F/RWB PARTY PROPS/1067-0328/ORDER REMANDING

1